# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

IN RE APPLICATION OF
Victor Mikhaylovich Pinchuk; Acle
Limited; Bisenden Consulting Inc.;
Bramerton Consulting Invest Inc.;
Bungonia Overseas Ltd.; Comidor Limited;
Kessinglard Limited; Kirkbean Participation
Corp.; Soyer Management Ltd.; Walkerville
Business Ltd.; and Zambrotta International Inc.
Pursuant to 28 U.S.C. § 1782 For Judicial
Assistance in Obtaining Evidence in this District
_____/

**ORDER GRANTING APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782, AUTHORIZING APPLICANTS TO SERVE SUBPOENAS, AND ORDERING PARTY TO PRESERVE EVIDENCE**

THIS CAUSE came before the Court upon the Application for Discovery Pursuant to 28 U.S.C. § 1782 (the "Application") filed by Applicants Victor Mikhaylovich Pinchuk, Acle Limited, Bisenden Consulting Inc., Bramerton Consulting Invest Inc., Bungonia Overseas Ltd., Comidor Limited, Kessinglard Limited, Kirkbean Participation Corp., Soyer Management Ltd., Walkerville Business Ltd., and Zambrotta International Inc. (collectively, "Applicants"). The Court, having considered the Application and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. The Application is GRANTED.

2. The Applicants are authorized to issue and serve subpoenas on Georgian American Alloys, Inc., Felman Production LLC, Felman Trading, Inc., and CC Metals & Alloys LLC (collectively the "Corporate Discovery Subjects" and each a "Corporate Discovery Subject"), for the production of the following documents:

A. The articles of incorporation, by-laws, minutes, board materials, and resolution of each Corporate Discovery Subject, including any amendments thereto;

B. An organizational chart or documents sufficient to show the directors and officers of each Corporate Discovery Subject, both at the time of incorporation and presently;

C. A chart of or documents sufficient to show the corporate parents, subsidiaries, and any affiliates for each Corporate Discovery Subject, both at the time of incorporation and presently;

D. Documents showing how the Corporate Discovery Subjects were and have been capitalized during the period of January 2006 to the present;

E. Documents showing the identity of any shareholder, member or beneficial owner of each Corporate Discovery Subject, both at the time of incorporation and presently;

F. Documents reflecting non-privileged communications by any Corporate Discovery Subject with Igor Valeryevich Kolomoisky ("Kolomoisky") or Gennadiy Borisovich Bogolyubov ("Bogolyubov"), or any agent of Kolomoisky or Bogolyubov;

G. Documents regarding the ferroalloy business and referring to Ferroalloy Holding, Pinchuk, EastOne Group Ltd., Interpipe, Mikhail Iosifovich Spektor ("Spektor"), Mikhail Viktorovich Voevodin ("Voevodin"), or Alexander Mikhaylovich Babakov ("Babakov");

H. Quarterly and annual financial statements (including Profit and Loss Statements, Balance Sheets, and Statements of Cash Flows) for each Corporate Discovery Subject from January 1, 2006 to the present;

I. Documents reflecting internal or external valuations, appraisals, liquidation analyses, fairness or solvency opinions, or other documents concerning the value of the assets of any Corporate Discovery Subject; and

J. Documents referring to Chemstar Products LLC, Empire Chemical LLC, Demeter Diversified LLC, Ferrost LLC, or Solmex LLC.

K. Additionally, from Felman Trading, Inc.: All trading and distribution records for Georgian American Alloys, Inc., Felman Production LLC, CC Metals & Alloys LLC, Georgian American Alloys, Inc., and any other

2

ferroalloy business beneficially owned and/or controlled by Kolomisky and/or Bogolyubov.

3. The Applicants are further authorized to issue and serve a subpoena for deposition *duces tecum* on Mordechai Korf ("Korf"), for the production of the following documents:

   A. Documents reflecting non-privileged communications by Korf or any agent of Korf with Kolomoisky or Bogolyubov or any agent of Kolomoisky or Bogolyubov regarding the ferroalloy business; and

   B. Documents regarding the ferroalloy business and referring to Ferroalloy Holding, Pinchuk, EastOne Group Ltd., Interpipe, Spektor, Boevodin, or Babkov.

4. Georgian American Alloys, Inc., Felman Production LLC, Felman Trading, Inc., CC Metals & Alloys LLC, and Mordechai Korf shall produce the documents requested in their respective subpoenas within thirty (30) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida.

5. Until further Order by this Court, on Georgian American Alloys, Inc., Felman Production LLC, Felman Trading, Inc., CC Metals & Alloys LLC, and Mordechai Korf (collectively, the "Discovery Subjects") shall preserve documents and evidence, electronic or otherwise, in their possession, custody or control that contain information potentially relevant to the subject matters of the Applicants' document requests as listed in this Order. Any evidence produced by the Discovery Subjects in response to the subpoenas shall not be filed with this Court absent leave of Court.

6. The Applicants are authorized to issue additional subpoenas fifteen (15) days after the filing of Notice of Intent to Serve Subpoena, to any other party residing or found within the

Southern District of Florida, likely to have relevant evidence to be used in the foreign proceedings.

      7.      The Applicants are authorized to seek further documents and/or testimony from the Discovery Subjects or from any other party in response to any other subpoena issued in connection with the Application.

      DONE and ORDERED in Chambers at Miami, Florida this ___ day of _____, 2014.

      _____