UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-20047-MC-MARTINEZ-MCALILEY**

VICTOR MIKHAYLOVICH PINCHUK, *et al.*,

    Plaintiffs,

vs.

GEORGIAN AMERICAN ALLOYS, INC.,
*et al.*,

    Defendants.

_____/

**ORDER OF TRANSFER**

    **GOOD CAUSE** appearing that a transfer of this Cause is appropriate because of the lower-numbered Case No. 13-mc-22857-JG, and subject to the consent of the Honorable Magistrate Judge Jonathan Goodman, it is

    **ADJUDGED** that the above numbered Cause is transferred to the calendar of Magistrate Judge Jonathan Goodman for all further proceedings.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of January, 2014.

                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered Cause, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case **14-20047-MC-GOODMAN**, indicating the Judge to whom all pleadings should be routed.

THE FOREGOING transfer is accepted this ____ day of January, 2014.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of January, 2014.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All Counsel of Record